1  GALINA KLETSER JAKOBSON (SBN 191227)
   gjakobson@selmanbreitman.com
2  QUYEN THI LE (SBN 271692)
   qle@selmanbreitman.com
3  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
4  San Francisco, CA 94105-4537
   Telephone:  415.979.0400
5  Facsimile:  415.979.2099

6

7  Attorneys for Defendant
   CAROLINA CASUALTY INSURANCE COMPANY
8

9                UNITED STATES DISTRICT COURT

10                EASTERN DISTRICT OF CALIFORNIA

11

12 | ELAINE McDONOLD and SILVA TRUCKING, INC., | Case No. 2:14-CV-00733-TLN-KJN |
13 | | |
   | | ORDER TO REMAND |
14 |              Plaintiff, | |
15 |        v. | |
16 | LEXINGTON INSURANCE COMPANY (LIC), CAROLINA CASUALTY INSURANCE COMPANY (CCIC), CHOLAKIAN & ASSOCIATES, A Professional Corporation, KEVIN CHOLAKIAN, JENNIFER KUNG, LEWIS BRISBOIS, BISGAARD & SMITH, LLP and RALPH ZAPPALA, and DOES 1 through 100, | |
17 | | |
18 | | |
19 | | |
20 | | |
21 | | |
22 |              Defendant. | |

1  Having reviewed the STIPULATION TO REMAND signed by the parties who have
2  appeared in this action, the Court remands Case No. 2:14-CV-00733-TLN-KJN to the Superior
3  Court in and for the County of Sacramento.
4  IT IS SO ORDERED
5  Dated: April 1, 2014

Troy L. Nunley
United States District Judge